ACCEPTED
15-25-00009-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/12/2025 9:33 AM
CHRISTOPHER A. PRINE
CLERK

Court of Appeals Number: 15-25-00009-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/12/2025 9:33:15 AM
CHRISTOPHER A. PRINE
Clerk

_____

IN THE COURT OF APPEALS FOR

THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS

**SAMMY TAWAKKOL**,

*Appellant*,

v.

**SHEILA VASQUEZ**, in her Official Capacity as Manager of the Texas Department of Public Safety- Sex Offender Registration Bureau; and,

**FREEMAN F. MARTIN**, in his Official Capacity as Director of the Texas Department of Public Safety;[*]

*Appellees*

_____

**APPELLANT'S UNOPPOSED MOTION FOR LEAVE
TO FILE CORRECTED BRIEF**

_____

TO THE HONORABLE PRESIDING JUSTICE AND ASSOCIATE JUSTICES

OF THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS:

COMES NOW Sammy Tawakkol, Appellant on the above-referenced appeal, and, pursuant to the Texas Rules of Civil Procedure, files this *Unopposed Motion for Leave to File Corrected Brief*, and in this connection would respectfully show unto the Court as follows:

---

[*] Steven McCraw, who in his official capacity as Director of the Texas Department of Public Safety was previously a named defendant in this case, was succeeded by Freeman F. Martin on December 2, 2024. In accordance with Rule 7.2(a) of the Texas Rules of Appellate Procedure, Director Freeman has been automatically substituted in Director McCraw's place on this appeal.

1.

On May 6, 2025, Appellant Sammy Tawakkol ("Appellant") timely submitted his brief on appeal in this case. However, after his brief was accepted and filed by the Clerk, Appellant discovered the index to his brief mistakenly includes a heading that inadvertently contains a remnant (one sentence) from the index to a brief previously filed in an unrelated case. The Appellant seeks leave to file a corrected brief that deletes this error.[†] The corrected brief, which has been contemporaneously submitted with this motion as a separate "lead" document, contains no other alteration of the brief previously submitted by Appellant.

**PRAYER**

WHERFORE PREMISES CONSIDERED, Appellant Tawakkol prays this motion for leave to file his corrected brief will in all things be granted.

Respectfully submitted,

*/s/Richard Gladden*
Texas Bar No. 07991330
*Attorney-in-Charge for Appellant*
1204 West University Dr. Ste. 307
Denton, Texas 76201
940/323-9300 (voice)
940/539-0093 (fax)
richscot1@hotmail.com (email)

---

[†] To view the sentence to be deleted in the corrected brief, see Appellant's first brief, at page ii, ¶ VI (a)(1) ("*The District Court Erred by Granting Plaintiff's Motion to Strike Defendant-Intervenor's Petition in Intervention without First Determining Whether it had Jurisdiction over Plaintiff's Original Petition.*").

**CERTIFICATE OF CONFERENCE**

This is to certify that on May 7, 2025, undersigned counsel for Appellant Tawakkol communicated via email with Christopher Lindsey, Counsel of Record on this appeal for Defendants Sheila Vasquez and Freeman F. Martin, and that on that date Mr. Lindsey authorized me to advise the Court that the Defendants ***DO NOT OPPOSE*** the relief sought by Appellant Tawakkol in this motion.

/s/*Richard Gladden*

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing motion was served on the Defendants by use of the electronic filing system, E-File Texas, on their attorney of record on this appeal Christopher Lindsey, on this 12th day of May, 2025, in accordance with the Texas Rules of Appellate Procedure.

/s/*Richard Gladden*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Gladden
Bar No. 07991330
richscot1@hotmail.com
Envelope ID: 100695664
Filing Code Description: Motion
Filing Description: Appellant's Unopposed Motion for Leave to File Corrected Brief
Status as of 5/12/2025 9:56 AM CST

Associated Case Party: Sammy Tawakkol

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Gladden | | richscot1@hotmail.com | 5/12/2025 9:33:15 AM | SENT |
| Terri Sparks | | terri.with.gladdenlaw@gmail.com | 5/12/2025 9:33:15 AM | SENT |

Associated Case Party: Steven McCraw

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher Lindsey | 24065628 | Christopher.Lindsey@oag.texas.gov | 5/12/2025 9:33:15 AM | SENT |

Associated Case Party: Sheila Vasquez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher Lindsey | 24065628 | Christopher.Lindsey@oag.texas.gov | 5/12/2025 9:33:15 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Eric Abels | | Eric.Abels@oag.texas.gov | 5/12/2025 9:33:15 AM | SENT |